UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. Action No. 05-365 (KSH) |
| THOMAS EDWARD HAWKINS, | |
| Defendant | **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

Thomas Edward Hawkins ("Hawkins") having filed a motion requesting a speedy trial, naming the State of New Jersey as defendant and referencing an "attached warrant" that does not appear to have been sent with his application (D.E. 13); the Clerk's office having docketed his motion as part of the federal criminal proceeding (05-cr-365) that was before the undersigned and subsequently was closed; the government having responded via email that it does not represent the State of New Jersey but providing no other response or a proposed order disposing of the motion; the Court having determined that Hawkins' federal criminal proceeding {05-cr-365) was concluded by the judgment of this Court on April 3, 2006 sentencing him to a term of 87 months imprisonment pursuant to his plea of guilty to the charge of possession of a firearm by a convicted felon(D.E. 12); and good cause appearing,

It is on this 30th day of July, 2008,

**ORDERED** that Hawkins's motion requesting a speedy trial (D.E. 13) is **denied**. The subject matter of the motion is unclear but does not appear in any way to be related to his federal criminal proceedings. Further, were the Court to address the substance of the motion and Hawkins is complaining about activity in the state courts, this Court would be impermissibly interfering with an ongoing state court criminal matter. See Taliaferro v. Darby Twp. Zoning Bd., 458 F.3d 181, 192 (3d Cir. 2006)(citing Younger v. Harris, 401 U.S. 37 (1971)). Finally, the face of the application is unclear and the application references a document that is not attached. Hawkins waived trial, entered a guilty plea to federal charges, and was sentenced to prison, all facts that strongly militate against any entitlement to a speedy trial before this Court.

/s/Katharine S. Hayden
Katharine S. Hayden
United States District Judge