**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| United States of America | : | Criminal No. 05-365 (KSH) |
| vs. | : | |
| Thomas Edward Hawkins | : | ORDER DENYING |
| | | SECOND MOTION FOR SPEEDY |
| | : | TRIAL IN STATE PROCEEDINGS |
| | : | |

Thomas Hawkins has filed another motion for speedy trial (D.E. 15). The Court has already denied the relief he requests, see D.E. 14, filed 7/31/08. The Court denies, once again, his motion for the reasons stated in D.E. 14.

SO ORDERED.

/s/ Katharine S. Hayden
_____
Date: 9/11/08         KATHARINE S. HAYDEN         U.S.D.J.